1  ROBERT W. FREEMAN, ESQ.
   Nevada Bar No. 003062
2  E-Mail: Robert.Freeman@lewisbrisbois.com
   PRISCILLA L. O'BRIANT, ESQ.
3  Nevada Bar No. 10171
4  E-Mail: Priscilla.Obriant@lewisbrisbois.com
   **LEWIS BRISBOIS BISGAARD & SMITH** LLP
5  6385 S. Rainbow Blvd., Suite 600
   Las Vegas, NV 89118
6  TEL.:  702-893-3383
   FAX:  702-893-3789
7  *Attorneys for Plaintiff MUTUAL OF ENUMCLAW*
   *INSURANCE COMPANY*
8

9              **UNITED STATES DISTRICT COURT**

10                  **DISTRICT OF NEVADA**

| | |
|---|---|
| MUTUAL OF ENUMCLAW INSURANCE COMPANY,<br><br>                    Plaintiff,<br><br>           vs.<br><br>LOUIS VIGNOLA, individually and as the assignee of Charles Gilman, DOES 1-20 and ROE CORPORATIONS 1 - 20, inclusive,<br><br>                    Defendants. | CASE NO.: 2:16-cv-02080-JCM-CWH<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR RESPONSE AND REPLY**<br><br>(First Request) |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

4810-7403-1934.1

The parties, by and through their counsel of record, hereby agree that the deadlines for the response and reply to *Defendants Motion to Dismiss Complaint for Declaratory Relief or Stay Pending State Court Proceedings* [Dkt. 16] filed December 12, 2016, should be extended in consideration of the schedules of counsel and the various upcoming holidays. The parties therefore stipulate and agree that the Plaintiff's response will be filed by January 13, 2017. The parties further stipulate and agree that the Defendant's reply will be filed by January 27, 2017.

DATED this 15th day of December, 2016                    DATED this 15th day of December, 2016

Attorneys for Plaintiff                                                        Attorneys for Defendant

By: /s/ Priscilla L. O'Briant                                            By: /s/ Felix G. Luna
ROBERT W. FREEMAN, ESQ.                                       FELIX G. LUNA, ESQ.
Nevada Bar No. 03062                                                    Washington Bar No. 27087
PRISCILLA L. O'BRIANT, ESQ.                                   LEONARD J. FELDMAN, ESQ.
Nevada Bar No. 10171                                                    Washington Bar No. 20961
**Lewis Brisbois Bisgaard & Smith LLP**                   **Peterson Wampold Rosato Luna Knopp**
6385 S. Rainbow Blvd., Ste. 600                                   1501 4th Ave., Ste. 2800
Las Vegas, NV 89118                                                      Seattle, WA 98101-3677

RICHARD V. CHRISTENSEN, ESQ.
Nevada Bar No. 13846
**Christensen Law Offices**
1000 S. Valley View Blvd.
Las Vegas, NV 89117

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

DATED: December 29, 2016

4810-7403-1934.1                                                   2