# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MUTUAL OF ENUMCLAW INSURANCE COMPANY, | |
| Plaintiff, | Case No. 2:16-cv-02080-JCM-CWH |
| vs. | **ORDER** |
| LOUIS VIGNOLA, | |
| Defendant. | |

In reviewing the docket in this case, it has come to the court's attention that the parties have not filed a proposed discovery plan and scheduling order. Local Rule 26-1(a) requires that the "plaintiff's attorney must initiate the scheduling of the conference required by Fed. R. Civ. P. 26(f) to be held within 30 days after the first defendant answers or otherwise appears. Fourteen days after the mandatory Fed. R. Civ. P. 26(f) conference, the parties must submit a stipulated discovery plan and scheduling order." Here, Defendant Louis Vignola filed a motion to dismiss (ECF No. 16) on December 12, 2016. More than 44 days have passed (30 days plus 14 days) since Defendant filed his motion to dismiss, and the parties have not filed a stipulated discovery plan and scheduling order.

IT IS THEREFORE ORDERED that within 21 days from the date of this order, the parties must meet and confer and file a proposed discovery plan and scheduling order.

DATED: March 15, 2017

_____
**C.W. Hoffman, Jr.
United States Magistrate Judge**